**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an att standing of this Court's general bar or be granted by Local Rules 83.12 through 83.14.

07CV6136
JUDGE HOLDERMAN
MAG. JUDGE KEYS

In the Matter of                                                     Case Number:

Strategic Lending Solutions, LLC v. Joseph L. Heard, Sr. d/b/a JLH & Associates, Arpeggio Inveestments, LP, and Arpeggio Managment, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Strategic Lending Solutions, LLC

**FILED**
J.N  OCT. 30, 2007
OCT 3 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Thomas E. Patterson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Thomas Patt | |
| FIRM Patterson Law Firm, PC | |
| STREET ADDRESS 33 N. La Salle St., Ste 3350 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3128587 | TELEPHONE NUMBER 312-223-1699 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |