UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STRATEGIC LENDING SOLUTIONS, LLC | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6136 |
| vs. | ) ) ) | Hon. Judge Holderman |
| JOSEPH L. HEARD, SR., d/b/a JLH & ASSOCIATES, and ARPEGGIO INVESTMENTS, LP and ARPEGGIO MANAGEMENT, LLC | ) ) ) ) ) | Mag. Judge Keys |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS
ARPEGGIO INVESTMENTS, LP AND ARPEGGIO MANAGEMENT, LLC**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Strategic Lending Solutions, LLC, by and through its attorneys, The Patterson Law Firm, PC, hereby gives notice to all parties that it is dismissing its Complaint against Defendants Arpeggio Investments, LP and Arpeggio Management, LLC (collectively "Arpeggio"), which notice is filed prior to Arpeggio's answer in this action.

Respectfully Submitted,

January 29, 2008            By:   /s/ Kristi L. Brown
                                    Kristi L. Browne

Thomas E. Patterson (3128587)
Kristi L. Browne (6195553)
Attorneys for Plaintiff
The Patterson Law Firm, P.C.
33 N. LaSalle, Suite 3350
Chicago, Illinois 60602
(312) 223-1699