UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRATEGIC LENDING SOLUTIONS, LLC ) ) ) Plaintiffs, ) ) vs. ) ) ) JOSEPH L. HEARD, SR., d/b/a JLH & ) ASSOCIATES, and ARPEGGIO ) INVESTMENTS, LP and ARPEGGIO ) MANAGEMENT, LLC ) ) Defendants. ) | Case No. 07 C 6136<br><br>Hon. Judge Holderman<br><br>Mag. Judge Keys |

**MOTION FOR DEFAULT AGAINST JOSEPH L HEARD**

Plaintiff, Strategic Lending Solutions, LLC, by and through its attorneys, The Patterson Law Firm, PC, for its Motion for Default pursuant to Fed. R. Civ. P. 55 against Defendant Joseph L. Heard, d/b/a JLH & Associates, states as follows:

1.  On or about October 30, 2007, Strategic Lending Solutions, LLC filed a Verified Complaint against Defendants Joseph L. Heard d/b/a JLH & Associates. (See Verified Complaint, attached hereto as Exhibit A.)

2.  On or about November 13, 2007, Joseph Heard was served with the Complaint. (See Return of Service, attached hereto as Exhibit B.)

3.  To date, Joseph Heard has not filed an Appearance nor an Answer to Plaintiff's Complaint.

4.      Plaintiff's claim is for a sum certain or a sum that can be made certain by computation. (See Verified Complaint, Exhibit A.)

WHEREFORE, the Plaintiff, Strategic Lending Solutions, LLC, respectfully prays that this Honorable Court enter judgment in favor of the Plaintiff and against the Defendant Joseph L. Heard, d/b/a JLH & Associates, in the sum of $507,000 and for such other relief that this Court deems appropriate.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| January 29, 2008 | By:   /s/ Kristi L. Brown   <br>          Kristi L. Browne |

Thomas E. Patterson (3128587)
Kristi L. Browne (6195553)
Attorneys for Plaintiff
The Patterson Law Firm, P.C.
33 N. LaSalle, Suite 3350
Chicago, Illinois 60602
(312) 223-1699