RETURN OF SERVICE

Court: **In the United States District Court For the Northern District of Illinois, Eastern Division**
Case No.: **07 C 6136**

Plaintiff/Petitioner: **Strategic Lending Solutions, Inc.**
vs.
Defendant/Respondent: **Joseph L. Heard, Sr., d/b/a JLH &Associates, et al.**

Received by Elite Process Serving & Investigations, Inc. to be served upon:

Joseph L. Heard, Sr., d/b/a JLH &Associates

STATE OF _Pennsylvania_
COUNTY OF _Philadelphia_

I, _Donald Dougherty_, depose and state that I am investigator, process server and agent of Elite Process Serving & Investigations, Inc. located in Lisle, Illinois, with an Illinois Detective Agency License of #117-001199. I was contracted to serve process in the above captioned matter. I further acknowledge that I am authorized to effectuate service of process in the State and County first stated above.

On _11-9-07_ at _11:30 AM_ I served the within **Summons in a Civil Case and Verified Complaint** on **Joseph L. Heard, Sr., d/b/a JLH &Associates** at _Joseph Heard_, , , in the manner indicated below:

☐ **INDIVIDUAL SERVICE:** By personally delivering to and leaving same with said individual and that deponent knew such individual to be the Defendant/Respondent named herein.

   ☐ Actual Place of Residence    ☐ Actual Place of Business within the State

☐ **CORPORATION OR PARTNERSHIP:** By delivering a true and correct copy of each to _____ personally. Deponent knew said corporation/partnership so served to be the corporation/partnership described in said aforementioned document as said defendant and knew said individual to be agent/employee thereof.

☒ **ABODE SERVICE:** By personally delivering to and leaving same with _Judy Heard_, an occupant of the premises and a person of the family of the age of 13 year or older and informing this person of the contents thereof. I further mailed a true and correct copy of each in a sealed envelope with postage prepaid addressed to the defendant at the address listed above on _11-12-07_, 2007 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service.

The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

Description of person served: Sex: _F_ Age: _60's_ Race: _W_ Hair: _Blond_ Height: _5'_ Weight: _120_

X _[signature]_
_Donald Dougherty_ (print name)
Elite Process Serving & Investigations, Inc.
P.O. Box 4886
Naperville, IL 60567
(630) 299-4600

Subscribed and Sworn to before me on this _13th_ day of _November_, 20 _07_
_Catherine A. Harrigan_
NOTARY PUBLIC

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
CATHERINE A. HARRIGAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 24, 2011

9404

Oct.31. 2007 10:31AM                                                              No.1572   P. 5

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Strategic Lending Solutions, LLC

CASE NUMBER: **07C 6136**

V.

ASSIGNED JUDGE: **JUDGE HOLDERMAN**

Joseph L. Heard d/b/a JLH & Associates,
Arpeggio Investments, LP, and Arpeggio
Management, LLC

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Joseph L. Heard, Sr. d/b/a JLH & Associates
4000 Presidential Blvd., Suite. 901
Philadelphia, PA 19131

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patterson Law Firm, PC
33 N. La Salle St. Ste 3350
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**JANNETTE NUNEZ**

(By) DEPUTY CLERK

OCT 30 2007

DATE

Oct·31. 2007 10:31AM                                                                  No.1572   P. 6

AO 440 (Rev. 05-20) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE November 9, 2007 |
| NAME OF SERVER (PRINT) Donald Dougherty | TITLE Civil Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

⊠ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: __Judy Heard__

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __November 9, 2007__
                   Date                    Signature of Server

                                           2215 Arch Street
                                           Philadelphia PA 19103
                                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

I acknowledge that I am in receipt of these documents presented to me by the process server.

_____    11-9-07
SIGNATURE                          DATE

Judy Heard                         Wife
PRINTED NAME                       TITLE