UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRATEGIC LENDING SOLUTIONS, LLC ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH L. HEARD, SR., d/b/a JLH & ) <br> ASSOCIATES, and ARPEGGIO ) <br> INVESTMENTS, LP and ARPEGGIO ) <br> MANAGEMENT, LLC ) <br> ) <br> Defendants. ) <br> ) | Case No. 07 C 6136 <br><br> Hon. Judge Holderman <br><br> Mag. Judge Keys |

**NOTICE OF MOTION**

To:    Joseph L. Heard
       4000 Presidential Blvd., Ste. 901
       Philadelphia, PA 19131

       Warren Vogel
       Eckert Seamans Cherin & Mellott
       Two Liberty Place
       50 South 16th Street, 22nd Floor
       Philadelphia, PA
       19102215.851.8383 (f)

Please take notice that on February 7, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Holderman, in courtroom 2548 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn St., Chicago, IL 60604, and then and there present the attached Plaintiffs' Motion to Compel, a copy of which is hereby served upon you.

                                    Respectfully Submitted,

January 29, 2008                    By:   /s/ Kristi L. Brown
                                           Kristi L. Browne

                                    Thomas E. Patterson (3128587)
                                    Kristi L. Browne (6195553)
                                    Attorneys for Plaintiff
                                    The Patterson Law Firm, P.C.
                                    33 N. LaSalle, Suite 3350
                                    Chicago, Illinois 60602
                                    (312) 223-1699