UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRATEGIC LENDING SOLUTIONS, LLC )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>JOSEPH L. HEARD, SR., d/b/a JLH & )<br>ASSOCIATES, and ARPEGGIO )<br>INVESTMENTS, LP and ARPEGGIO )<br>MANAGEMENT, LLC )<br>)<br>Defendants. )<br>) | Case No. 07 C 6136<br><br>Hon. Judge Holderman<br><br>Mag. Judge Keys |

**NOTICE OF MOTION**

To:     Joseph L. Heard
        4000 Presidential Blvd., Ste. 901
        Philadelphia, PA 19131

        Warren Vogel
        Eckert Seamans Cherin & Mellott
        Two Liberty Place
        50 South 16th Street, 22nd Floor
        Philadelphia, PA 19102
        215.851.8383 (f)

Please take notice that on February 7, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Holderman, in courtroom 2548 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn St., Chicago, IL 60604, and then and there present the attached Plaintiffs' Motion for Default Judgment against Joseph L. Heard, a copy of which is hereby served upon you.

                                            Respectfully Submitted,

January 30, 2008                    By:    /s/ Kristi L. Brown
                                                Kristi L. Browne

                                            Thomas E. Patterson (3128587)
                                            Kristi L. Browne (6195553)
                                            Attorneys for Plaintiff
                                            The Patterson Law Firm, P.C.
                                            33 N. LaSalle, Suite 3350
                                            Chicago, Illinois 60602
                                            (312) 223-1699

CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath certifies that on January 30, 2008, she caused to be served via U.S. Mail the attached Plaintiffs' Motion for Default Judgment against Joseph L. Heard.

    [X]    Under penalties as provided by law pursuant to 28 U.S.C. 1746, the undersigned certifies that the statements set forth herein are true and correct or on information and belief, certified that she verily believes the same to be true.

January 30, 2008                    By:   /s/ Kristi L. Brown
                                                Kristi L. Browne

                                                Thomas E. Patterson (3128587)
                                                Kristi L. Browne (6195553)
                                                Attorneys for Plaintiff
                                                The Patterson Law Firm, P.C.
                                                33 N. LaSalle, Suite 3350
                                                Chicago, Illinois 60602
                                                (312) 223-1699