UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRATEGIC LENDING SOLUTIONS, LLC )<br>)<br>Plaintiffs,           )<br>                                     )<br>vs.                                  )<br>                                     )<br>JOSEPH L. HEARD, SR., d/b/a JLH & )<br>ASSOCIATES, and ARPEGGIO    )<br>INVESTMENTS, LP and ARPEGGIO )<br>MANAGEMENT, LLC             )<br>                                     )<br>Defendants.        )<br>                                     ) | Case No. 07 C 6136<br><br>Hon. Judge Holderman<br><br>Mag. Judge Keys |

**NOTICE OF FILING**

To:   Joseph L. Heard
      4000 Presidential Blvd., Ste. 901
      Philadelphia, PA 19131

      Warren Vogel
      Eckert Seamans Cherin & Mellott
      Two Liberty Place
      50 South 16th Street, 22nd Floor
      Philadelphia, PA 19102
      215.851.8383 (f)

Please take notice that on January 30, 2008, I caused a Notice of Voluntary Dismissal as to Defendants Arpeggio Investments, LP and Arpeggio Management, LLC to be filed, a copy of which is hereby served upon you.

                                    Respectfully Submitted,

January 30, 2008                    By:   /s/ Kristi L. Brown
                                           Kristi L. Browne

                                    Thomas E. Patterson (3128587)
                                    Kristi L. Browne (6195553)
                                    Attorneys for Plaintiff
                                    The Patterson Law Firm, P.C.
                                    33 N. LaSalle, Suite 3350
                                    Chicago, Illinois 60602
                                    (312) 223-1699

CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath certifies that on January 30, 2008, she caused to be served via U.S. Mail the attached Notice of Voluntary Dismissal as to Defendants Arpeggio Investments, LP and Arpeggio Management, LLC.

[X]     Under penalties as provided by law pursuant to 28 U.S.C. 1746, the undersigned certifies that the statements set forth herein are true and correct or on information and belief, certified that she verily believes the same to be true.


January 30, 2008                        By:    /s/ Kristi L. Brown
                                                Kristi L. Browne

                                        Thomas E. Patterson (3128587)
                                        Kristi L. Browne (6195553)
                                        Attorneys for Plaintiff
                                        The Patterson Law Firm, P.C.
                                        33 N. LaSalle, Suite 3350
                                        Chicago, Illinois 60602
                                        (312) 223-1699