Joseph L. Heard, Sr.
4000 Presidential Blvd.
Ste. 901
Philadelphia, Pennsylvania 19131

February 6, 2008

**FILED**

FEB - 7 2008

JUDGE JAMES F. HOLDERMAN
UNITED STATES DISTRICT COURT

Hon. Judge Holderman

Mag. Judge Keys

Attn: Alice Morris
312-408-5088 (fax)

Re: Case No. 07 C 6136 and Request for Continuance
STRATEGIC LENDING SOLUTIONS, LLC vs. JOSEPH L. HEARD, SR., dba JLH & ASSOCIATES

I am booked on Southwest Airlines Flight 3669 from **Philadelphia** to **Chicago**, scheduled to depart Philadelphia today at 5:30 p.m. (eastern time), and to arrive in Chicago at today 6:45 p.m. (central time). I arrived at the airport today at approximately 2:30 p.m. (eastern time). Southwest Airlines has continuously announced that flights into Chicago are delayed or canceled because of excessive snow in Chicago. They have also stated that the airports in Chicago have been closed for three (3) days.

Therefore it is extremely difficult, even impossible for me to be able to appear in court tomorrow at 219 S. Dearborn Street, Room 2541, Chicago, IL 60604, at 9:00 a.m. (central time) to defend the Motion for Default Against Joseph L Heard and to request a continuance.

Therefore I beg that this letter be allowed to serve as a formal request for continuance in the above referenced case.

I am sending a copy of this request to the attorneys for the plaintiff, shown on the Notice of Motion:

    Thomas E. Patterson (3128587)
    Kristi L. Browne (6195553)
    The Patterson Law Firm, P.C.
    33 N. LaSalle, Suite 3350
    Chicago, Illinois 60602
    (312) 223-1699 (phone)
    (312) 223-8549 (fax)

· Respectfully Submitted,

By: _____
    Joseph L. Heard, Sr.