**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Strategic Lendding Solutions, LLC
                              Plaintiff,

v.                                                   Case No.: 1:07−cv−06136
                                                   Honorable James F. Holderman

Joseph L Heard Sr., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry before Judge James F. Holderman : Status hearing held on 2/28/2008 and is continued to 3/13/2008 at 9:00 AM to set scheduling order. Parties are to meet and prepare Form 35 for filing by 3/10/2008. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.