UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRATEGIC LENDING SOLUTIONS, LLC ) ) ) Plaintiffs, ) ) vs. ) ) ) JOSEPH L. HEARD, SR., d/b/a JLH & ) ASSOCIATES ) ) Defendants. ) ) | Case No. 07 C 6136 Hon. Judge Holderman Mag. Judge Keys |

**FORM 35:**
**REPORT OF PARTIES' PLANNING MEETING**

1.　Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on February 28, 2008, at the Everett McKinley Dirksen Building, 219 South Dearborn Street, 2d Floor, Chicago, Illinois 60604, and was attended by:

　　Thomas E. Patterson, attorney for Plaintiff;

　　Kristina M. Ash, attorney for Plaintiff;

　　Joseph L. Heard, Sr., Defendant; and

　　Edward H. Wiley, attorney for Defendant.

2.　Pre-Discovery Disclosures. The parties will exchange by Monday, March 31, 2008 (30 days)the information required by Fed. R. Civ. P. 26(a).

3.　Discovery Plan. The parties jointly propose to the court the following discovery plan:

1

Discovery will be needed on the following subjects:

    (a) the Promissory Note;

    (b) the Parties' dealings with one another; and

    (c) damages.

All discovery commenced in time to be completed by Monday, April 28, 2008.

The parties agree not to limit the number of interrogatories so long as the number of interrogatories propounded by each party is reasonable.

The parties agree not to limit the number of requests for admission so long as the number of requests propounded by each party is reasonable.

Maximum of five (5) depositions by plaintiff and five (5) depositions by defendant.

Each deposition is limited to a maximum of five (5) hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) will be due by agreement prior to trial.

Supplementations under Rule 26(e) shall have a continuing obligation to supplement disclosures.

4.    Other items.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in August 2008.

Plaintiff should be allowed until Friday, June 27, 2008, to join additional parties and until Friday, June 27, 2008, to amend the pleadings.

Defendant should be allowed until Friday, June 27, 2008, to join additional parties and until Friday, June 27, 2008, to amend the pleadings.

All potentially dispositive motions should be filed by Tuesday, August 26, 2008.

Settlement discussions are solicited by the plaintiff; defendant has not retained a lawyer and thus is not interested at this time.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

from Plaintiff by Thursday, September 25, 2008

from Defendant by Monday, October 27, 2008

Parties should have ten (10) days after service of final lists of witnesses and exhibits to lists objections under Rule 26(a)(3).

The case should be ready for trial by Tuesday, November 18, 2008.

Respectfully Submitted,

March 10, 2008                By:   /s/ Kristi L. Brown
                                    Kristi L. Browne

Thomas E. Patterson (3128587)
Kristi L. Browne (6195553)
Attorneys for Plaintiff
The Patterson Law Firm, P.C.
33 N. LaSalle, Suite 3350
Chicago, Illinois 60602
(312) 223-1699