UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRATEGIC LENDING SOLUTIONS, LLC )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>JOSEPH L. HEARD, SR., d/b/a JLH & )<br>ASSOCIATES, and ARPEGGIO )<br>INVESTMENTS, LP and ARPEGGIO )<br>MANAGEMENT, LLC )<br>)<br>Defendants. )<br>) | Case No. 07 C 6136<br><br>Hon. Judge Holderman<br><br>Mag. Judge Keys |

**NOTICE OF FILING**

To:    Joseph L. Heard
       4000 Presidential Blvd., Ste. 901
       Philadelphia, PA 19131

Please take notice that on March 10, 2008, I caused a Form 35: Report of Planning Meeting to be filed, a copy of which is hereby served upon you.

                                        Respectfully Submitted,

March 10, 2008                          By:    /s/ Kristi L. Brown
                                                Kristi L. Browne

                                        Thomas E. Patterson (3128587)
                                        Kristi L. Browne (6195553)
                                        Attorneys for Plaintiff
                                        The Patterson Law Firm, P.C.
                                        33 N. LaSalle, Suite 3350
                                        Chicago, Illinois 60602
                                        (312) 223-1699

CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath certifies that on January 30, 2008, she caused to be served via U.S. Mail the attached Notice of Voluntary Dismissal as to Defendants Arpeggio Investments, LP and Arpeggio Management, LLC.

[X]     Under penalties as provided by law pursuant to 28 U.S.C. 1746, the undersigned certifies that the statements set forth herein are true and correct or on information and belief, certified that she verily believes the same to be true.


March 10, 2008                    By:    /s/ Kristi L. Brown
                                         Kristi L. Browne

                                  Thomas E. Patterson (3128587)
                                  Kristi L. Browne (6195553)
                                  Attorneys for Plaintiff
                                  The Patterson Law Firm, P.C.
                                  33 N. LaSalle, Suite 3350
                                  Chicago, Illinois 60602
                                  (312) 223-1699