UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Strategic Lendding Solutions, LLC

            Plaintiff,

v.                   Case No.: 1:07−cv−06136
                    Honorable James F. Holderman

Joseph L Heard Sr., et al.

            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 13, 2008:

    MINUTE entry before Judge Honorable James F. Holderman:Case called for status hearing on 3/13/2008; counsel for plaintiff unable to appear. Status hearing is continued to 4/3/2008 at 9:00 AM for entry of scheduling order. Both parties are ordered to appear at next status hearing. Mailed notice (am)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.