UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRATEGIC LENDING SOLUTIONS, LLC )<br>)<br>Plaintiffs,   )<br>)<br>vs.   )<br>)<br>JOSEPH L. HEARD, SR., d/b/a JLH &   )<br>ASSOCIATES, and ARPEGGIO   )<br>INVESTMENTS, LP and ARPEGGIO   )<br>MANAGEMENT, LLC   )<br>)<br>Defendants.   )<br>) | Case No. 07 C 6136<br><br>Hon. Judge Holderman<br><br>Mag. Judge Keys |

**NOTICE OF FILING**

To:     Joseph L. Heard
        4000 Presidential Blvd., Ste. 901
        Philadelphia, PA 19131

        Edward H. Wiley
        160 Regency Circle
        Bala Cynwyd, PA 19004
        610-668-2006 (f)

Please take notice that on **March 19, 2008**, I caused an **Answer to Defendant Joseph L. Heard's Affirmative Defenses** to be filed, a copy of which is hereby served upon you.

                                        Respectfully Submitted,

March 19, 2008                          By:    /s/ Kristi L. Brown
                                               Kristi L. Browne

                                        Thomas E. Patterson (3128587)
                                        Kristi L. Browne (6195553)
                                        Attorneys for Plaintiff
                                        The Patterson Law Firm, P.C.
                                        33 N. LaSalle, Suite 3350
                                        Chicago, Illinois 60602
                                        (312) 223-1699

CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath certifies that on March 19, 2008, she caused to be served via U.S. Mail the attached **Answer to Defendant Joseph L. Heard's Affirmative Defenses**.

    [X]    Under penalties as provided by law pursuant to 28 U.S.C. 1746, the undersigned certifies that the statements set forth herein are true and correct or on information and belief, certified that she verily believes the same to be true.

March 19, 2008                    By:   /s/ Kristi L. Brown
                                      Kristi L. Browne

                                        Thomas E. Patterson (3128587)
                                        Kristi L. Browne (6195553)
                                        Attorneys for Plaintiff
                                        The Patterson Law Firm, P.C.
                                        33 N. LaSalle, Suite 3350
                                        Chicago, Illinois 60602
                                        (312) 223-1699