

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STRATEGIC LENDING SOLUTIONS, LLC
        Plaintiff

vs.

JOSEPH L. HEARD, SR., d/b/a JLH & ASSOCIATES
        Defendant

Case No. 07 C 6136

Honorable Judge Holderman

Magisterial Judge Keys

**FILED**
MAR 2 5 2008

MAR 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

To:    Thomas E. Patterson, Esquire (3128587)
        Kristi L. Browne, Esquire (6195553)
        The Patterson Law Firm, P.C.
        33 N. La Salle, Suite 3350
        Chicago, Illinois 60602
        (312) 223-1699

Please be advised that on March 13, 2008 I filed with the court, Defendant's Motion To Dismiss For Lack Of Personal Jurisdiction, Defendant's Motion To Dismiss For Lack Of In Rem Jurisdiction, and Defendant's Motion For A Change Of Venue.

On March 14, 2008, I served upon you, by U.S. mail, copies of those motions.

I am hereby providing the Notice of Filing which I failed to include, along with additional copies of those motions.

Respectfully submitted,

JOSEPH L. HEARD, SR.

4000 Presidential Boulevard, Suite 901
Philadelphia, PA 19131

Date: March 19, 2008

CERTIFICATE OF SERVICE

The undersigned, the Defendant in the case at issue, on oath certifies that on March 14, 2008, he caused to be served by U.S. mail copies of the attached Defendant's Motion To Dismiss For Lack Of Personal Jurisdiction, Defendant's Motion To Dismiss For Lack Of In Rem Jurisdiction, and Defendant's Motion For A Change Of Venue. These additional copies are included with the Notice of Filing which was not included with the first mailing.

(X)    Under penalties as provided by law pursuant to 28 U.S.C., 1746, the undersigned certifies that the statements made herein are true and correct, or on information and belief, certified that he believes the same to be true and correct.

_____
JOSEPH L. HEARD, SR.

4000 Presidential Boulevard, Suite 901
Philadelphia, PA 19131

Date:  March 19, 2008