

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Joseph L. Heard Sr
(Please print)

STREET ADDRESS: 4000 Presidential Blvd, #901

CITY/STATE/ZIP: Phila, PA 19131

PHONE NUMBER: 215-477-1075

CASE NUMBER: 07-C-6136

Signature: [signed]

Date: 03/19/2008

FILED
MAR 25 2008
MAR 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT