**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STRATEGIC LENDING SOLUTIONS, LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 07 C 6136 |
| vs. | ) | |
| | ) | |
| JOSEPH L. HEARD, SR., d/b/a JLH & | ) | Hon. Judge Holderman |
| ASSOCIATES, and ARPEGGIO | ) | |
| INVESTMENTS, LP and ARPEGGIO | ) | Mag. Judge Keys |
| MANAGEMENT, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF FILING**

To:        Joseph L. Heard
           4000 Presidential Blvd., Ste. 901
           Philadelphia, PA 19131

           Edward H. Wiley
           160 Regency Circle
           Bala Cynwyd, PA 19004
           610-668-2006 (f)

Please take notice that on **April 28, 2008**, I caused **Plaintiff's Response to Defendant Joseph L. Heard's Motion to Dismiss** to be filed, a copy of which is hereby served upon you.

                              Respectfully Submitted,

April 28, 2008                By:___/s/ Kristi L. Brown___
                                  Kristi L. Browne

                              Thomas E. Patterson (3128587)
                              Kristi L. Browne (6195553)
                              Attorneys for Plaintiff
                              The Patterson Law Firm, P.C.
                              33 N. LaSalle, Suite 3350
                              Chicago, Illinois 60602
                              (312) 223-1699

CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath certifies that on March 19, 2008, she caused to be served via U.S. Mail the attached **Plaintiff's Response to Defendant Joseph L. Heard's Motion to Dismiss**.

[X]    Under penalties as provided by law pursuant to 28 U.S.C. 1746, the undersigned certifies that the statements set forth herein are true and correct or on information and belief, certified that she verily believes the same to be true.


April 28, 2008                        By:    /s/ Kristi L. Brown
                                          Kristi L. Browne

                                      Thomas E. Patterson (3128587)
                                      Kristi L. Browne (6195553)
                                      Attorneys for Plaintiff
                                      The Patterson Law Firm, P.C.
                                      33 N. LaSalle, Suite 3350
                                      Chicago, Illinois 60602
                                      (312) 223-1699