# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Strategic Lendding Solutions, LLC

                                      Plaintiff,

v.                                                     Case No.: 1:07−cv−06136
                                                          Honorable James F. Holderman

Joseph L Heard Sr., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable James F. Holderman: Status hearing held on 5/1/2008. On defendant's motion to dismiss/lack of jurisdiction, motion for miscellaneous relief, motion to change venue [19], defendant's reply in support of his motion due by 5/22/2008. The Court will rule electronically and will set further dates at the time of ruling. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.