**F I L E D**

MAY 2 1 2008
MAY 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a
pro se party (that is, without an attorney).

NAME: _Joseph L. Heard, Sr_
(Please print)

STREET ADDRESS: _4000 Presidential Blvd, Apt 901_

CITY/STATE/ZIP: _Phila, PA 19131_

PHONE NUMBER: _215-477-1075_

CASE NUMBER: _07C6136_

_Joseph L. Heard_
Signature

_May 19, 2008_
Date