**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Strategic Lendding Solutions, LLC
                                          Plaintiff,

v.                                                                     Case No.: 1:07−cv−06136
                                                                       Honorable James F. Holderman

Joseph L Heard Sr., et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable James F. Holderman: Plaintiff Strategic Lendding Solutions, LLC for default judgment as to Joseph L. Heard [8] is terminated as moot in light of the answer filed on 2/19/2008. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.